AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission )<br>Plaintiff )<br>v. )<br>Eran Eyal and UnitedData, Inc. d/b/a Shopin )<br>Defendant ) | Case No. 19-cv-11325 (LLS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Securities and Exchange Commission

Date:    12/11/2019

s/ Victor Suthammanont
*Attorney's signature*

Victor Suthammanont (VS2000)
*Printed name and bar number*

Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281
*Address*

SuthammanontV@sec.gov
*E-mail address*

(212) 336-5674
*Telephone number*

(301) 847-4715
*FAX number*