AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  19-cv-11325 (LLS) |
| Eran Eyal and UnitedData, Inc. d/b/a "Shopin" ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Eran Eyal

Date:     02/04/2020

*Attorney's signature*

Judd Burstein (JB9585)
*Printed name and bar number*

Judd Burstein, P.C.
5 Columbus Circle, Suite 1501
New York, New York 10019
*Address*

jburstein@burlaw.com
*E-mail address*

(212) 974-2400
*Telephone number*

(212) 974-2944
*FAX number*