UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                    *Plaintiff,*

                -against-

ERAN EYAL and UNITEDDATA, INC.
d/b/a "SHOPIN,"

                    *Defendants.*
---------------------------------------------------------------x

Case No. 1:19-cv-11325 (LLS)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that Defendant Eran Eyal's time to answer, move, or otherwise respond to the complaint filed in the above-captioned action is hereby extended up to and including March 5, 2020. There has been no previous request for an extension of time in this matter.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the undersigned counsel, that for the purposes of this Stipulation, faxed and/or electronically transmitted signatures shall be deemed original.

Dated: New York, New York
February 5, 2020

| | |
|---|---|
| JUDD BURSTEIN, P.C. | SECURITIES AND EXCHANGE COMMISSION |
| By: _____ <br> Judd Burstein (JB9585) <br> 5 Columbus Circle, Suite 1501 <br> New York, New York 10019 <br> Tel.: (212) 974-2400 <br> Fax: (212) 974-2944 <br> jburstein@burlaw.com <br> *Attorneys for Defendant Eran Eyal* | By: _____ <br> Victor Suthammanont, Esq. (VS2000) <br> John O. Enright, Esq. (JE2386) <br> 200 Vesey Street, Suite 400 <br> New York, New York 10281 <br> Tel.: (212) 336-5674 <br> Fax: (301) 847-4715 <br> enrightj@sec.gov <br> suthammanontv@sec.gov <br> *Attorneys for Plaintiff* |

SO ORDERED

_____
Hon. Louis L. Stanton
United States District Judge