ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                *Plaintiff,*

              -against-

ERAN EYAL and UNITEDDATA, INC.
d/b/a "SHOPIN,"

                *Defendants.*
-------------------------------------------------------------x

Case No. 1:19-cv-11325 (LLS)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that Defendant Eran Eyal's time to answer, move, or otherwise respond to the complaint filed in the above-captioned action is hereby extended up to and including March 5, 2020. There has been no previous request for an extension of time in this matter.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the undersigned counsel, that for the purposes of this Stipulation, faxed and/or electronically transmitted signatures shall be deemed original.

Dated: New York, New York
February 5, 2020

JUDD BURSTEIN, P.C.

By:_____
Judd Burstein (JB9585)
5 Columbus Circle, Suite 1501
New York, New York 10019
Tel.: (212) 974-2400
Fax: (212) 974-2944
jburstein@burlaw.com
*Attorneys for Defendant Eran Eyal*

SECURITIES AND EXCHANGE
COMMISSION

By:_____
Victor Suthammanont, Esq. (VS2000)
John O. Enright, Esq. (JE2386)
200 Vesey Street, Suite 400
New York, New York 10281
Tel.: (212) 336-5674
Fax: (301) 847-4715
enrightj@sec.gov
suthammanontv@sec.gov
*Attorneys for Plaintiff*

SO ORDERED

_Louis L. Stanton_

Hon. Louis L. Stanton
United States District Judge

2/5/20

2