

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-- against --<br><br>ERAN EYAL and UNITEDDATA, INC. d/b/a "SHOPIN,"<br><br>Defendants. | 19 Civ. 11325 (LLS)<br><br>ECF Case<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/20

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission and its counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant UnitedData, Inc. d/b/a "Shopin." UnitedData has filed neither an answer to the Complaint nor a motion for summary judgment in this action.

Dated: June 18, 2020

/s/ Victor Suthammanont
Victor Suthammanont
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-5674
suthammanontv@sec.gov

*Attorney for Plaintiff*

**SO ORDERED:**

Louis L. Stanton
U.S.D.J.
6/19/20